# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CIRSEY GAR,**

    **Plaintiff,**

v.                                                      **Case No: 6:18-cv-385-Orl-28TBS**

**VISTANA MANAGEMENT, INC.,**

    **Defendant.**

## ORDER

This case is before the Court on the Second Amended Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 29). The assigned United States Magistrate Judge has submitted a Report (Doc. 30) recommending that the motion be granted. Plaintiff and Defendant have filed a Joint Notice of Non-Objection (Doc. 31) to the Report.

After review of the record in this matter, including consideration of the Joint Notice of Non-Objection, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Amended Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 29) is **GRANTED**. The parties' settlement agreement is approved as a fair and reasonable compromise of a bona fide Fair Labor Standards Act dispute.

3. The parties' initial Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 23); the Report and Recommendation (Doc. 24) regarding the initial joint motion; the Amended Joint Motion for Approval of Settlement and Dismissal with Prejudice

(Doc. 25); and the Report and Recommendation (Doc. 28) regarding that amended joint motion are **deemed moot**.

4. This case is **DISMISSED** with prejudice.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on July 9ᵗʰ, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties